NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLIR SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**THOMAS L. GAMBARO,
DOING BUSINESS AS PATENT ENFORCEMENT
COMPANY,**
*Defendant-Appellant,*

AND

**MOTIONLESS KEYBOARD COMPANY,**
*Defendant.*

---

2012-1100

---

Appeal from the United States District Court for the District of Oregon in case no. 10-CV-0231, Judge Anna J. Brown.

---

**ON MOTION**

---

**ORDER**

Thomas L. Gambaro moves for a 30-day extension of time to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Gambaro's opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

___JAN 3 1 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas L. Gambaro
    Michael J. Collins, Esq.
    Susan D. Marmaduke, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

JAN HORBALY
CLERK